# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Petition for Summons for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision** <br> Neal Edward Peterson | **Docket Number** <br> 0971 4:25CR00093-001 YGR |
| **Name of Sentencing Judge:** | The Honorable Mark H. Cohen, <br> United States District Judge <br> Northern District of Georgia <br> Atlanta Division |
| **Date of Original Sentence:** | August 18, 2022 |

**Original Offense**
Count One: Assault on a Federal Officer 18 U.S.C. §§ 11l(a)(l) and (b) (Class C Felony)

**Original Sentence:** (14) Fourteen months as to count one, to be served consecutive to the undischarged term of imprisonment in U.S. District Court for the Eastern District of California, Sacramento Division, docket no. 2:06-cr-451-1-EJG, to be followed by three years supervised release.
**Special Conditions:** Participate in a Mental Health treatment program; take all mental health medication prescribed by your treating provider.

**Prior Form(s) 12:** None

**Transferred from the Northern District of Georgia on April 8, 2025.**

| | |
|---|---|
| **Type of Supervision** <br> Supervised Release | **Date Supervision Commenced** <br> November 30, 2023 |
| **Assistant U.S. Attorney** <br> Unassigned | **Date Supervision Expires** <br> August 29, 2026 |
| **Defense Counsel** <br> Rebecca Shepard (Appointed) | |

### Petitioning the Court

The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on May 27, 2025, at 10:30 am.

NDC-SUPV-FORM 12C(1)  1/12/2024

**RE:** Peterson, Neal Edward 2
       0971 4:25CR00093-001 YGR

I, Matthew Coppage, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated mandatory condition number three that that you must not commit another federal, state, or local crime. |
| | On February 11, 2025, Mr. Neal Peterson was found in violation of California Penal Code PC 273.5(a) Corporal Injury to Spouse or Cohabitant, a felony. |
| | On February 11, 2025, at approximately 11:00 pm, Officers from Oakland Police Department arrived at Summit Hospital after the victim was admitted into the Emergency Room. |
| | The Victim stated to police that at approximately 5:00 p.m. she went to JJ's Chicken and fish located at 941 W Grand Ave, Oakland, CA, to confront Neal Peterson and get her car keys back. After a verbal argument on the phone, the victim confronted Mr. Peterson inside of JJ's Chicken and Fish. The victim asked for the keys to the car back, at which point Mr. Peterson got upset and pushed the victim with both hands. The victim stated Mr. Peterson then exited the restaurant and went outside to where the victim had parked her car. The two exchanged words in the parking lot. Mr. Peterson then used a closed fist and struck the victim in the face causing the victim's lips to bleed. |
| | The victim stated in self-defense she began to fight back with Mr. Peterson. The victim stated she could not remember the full details of the fight but had complaints of pain to her chest, arms, knees, hips, face and jaw. The victim stated she would assist with the investigation and desired to press charges. The victim also provided a written, signed statement with further details. |
| | This charge is evidenced by Oakland Police Report# 25-006567. |

Based on the foregoing, there is probable cause to believe that Neal Edward Peterson violated the conditions of his Supervised Release.

RE: Peterson, Neal Edward 3
0971 4:25CR00093-001 YGR

Respectfully submitted, Reviewed by:

_____ _____
Matthew Coppage Jenna Russo
U.S. Probation Officer Supervisory U.S. Probation Officer
Date Signed: March 11, 2025

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

[X] The issuance of a summons for the person under supervision to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on May 27, 2025, at 10:30 am.

[ ] Other:

_____May 27, 2025_____                    _____
Date                                       Yvonne Gonzalez Rogers
                                           United States District Judge

**RE:**   Peterson, Neal Edward                                                                                                         4
             0971 4:25CR00093-001 YGR

## APPENDIX

Grade of Violations:  A

Criminal History at time of sentencing:  III

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Five years<br>18 U.S.C. § 3583(e)(3) | 18 -24 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Five years, less any time in custody upon revocation<br>18 U.S.C. § 3583(h) | Five years, less any time in custody upon revocation<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |